Bridgette Vation

ACCEPTED
05-15-00445-CV
FIFTH COURT OF APPEALS
DALLAS, TEXAS
4/9/2015 11:43 AM
LISA MATZ
CLERK

FILED
DALLAS COUNTY
4/9/2015 2:37:11 PM
FELICIA PITRE
DISTRICT CLERK

CAUSE NO. DC-15-01598

| | | |
|---|---|---|
| TALLEY DUNN GALLERY, LLC and TALLEY DUNN, | § § § | IN THE DISTRICT COURT |
| Plaintiffs, | § § § | |
| v. | § § | 191st JUDICIAL DISTRICT |
| BRADLEY B. MILLER, | § § | |
| Defendant. | § § | DALLAS COUNTY, TEXAS |

RECEIVED IN
5th COURT OF APPEALS
DALLAS, TEXAS
4/9/2015 11:01:45 AM
LISA MATZ
Clerk

## NOTICE OF ACCELERATED APPEAL BY DEFENDANT BRADLEY B. MILLER

Pursuant to Texas Rules of Appellate Procedure 25.1, 26.1 and 28.1, Defendant Bradley B. Miller files this Notice of Accelerated Appeal of the Temporary Injunction entered by the Court in the above-styled matter on March 19, 2015, to the Fifth Court of Appeals in Dallas, Texas.

Respectfully submitted,

SCHEEF & STONE, LLP

By:_____
Eric C. Wood
State Bar No. 24037737
2600 Network Blvd., Suite 400
Frisco, Texas 75034
(214) 472-2100 Phone
(214) 472-2150 Fax
eric.wood@solidcounsel.com

ATTORNEYS FOR DEFENDANT
BRADLEY B. MILLER

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing has been forwarded to the following on the 7th day of April, 2015 in accordance with the Texas Rules of Civil Procedure:

*Via E-file*
Dan Hartsfield
Talley Parker
Karen Griffin
Jackson Lewis, P.C.
500 N. Akard, Suite 2500
Dallas, Texas 75201

_____
Eric C. Wood